JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY BURDICK, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNION SECURITY INSURANCE COMPANY, an Iowa corporation; FORTIS BENEFITS INSURANCE COMPANY, a Nevada corporation; ASSURANT, INC., a Delaware corporation; and DOES 1-100, inclusive,<br><br>　　　　　　Defendants. | Case No. CV 07-4028 ABC (JCx)<br><br>Class Action<br><br>**[PROPOSED] JUDGMENT IN A CIVIL CASE**<br><br>Courtroom 680<br>Hon. Audrey B. Collins |

This action was decided by the Honorable Audrey B. Collins on the parties' cross-motions for summary judgment and/or partial summary judgment.

The Court has ordered that the plaintiff, Mary S. Burdick, shall recover restitution from the defendant, Union Security Insurance Company, in the amount by which her Long Term Disability benefits have previously been offset as a result of defendant's invocation of the Social Security Disability Insurance Offset provision at issue, as well as prejudgment interest.

The Court has further declared that, as to the plaintiff and to the class certified in this action under Rule 23(b)(2) and (b)(3) of the Federal Rules of Civil Procedure, the Social Security Disability Insurance Offset provision in the Long Term Disability conversion coverage issued by defendant Union Security Insurance Company or its predecessor in interest is inconspicuous, contravenes the reasonable expectations of the insureds, and shall be unenforceable.

The class members are those individuals described in the Court's Order Granting Motion for Class Certification dated March 25, 2008 (Dkt. No. 60), as amended by the Order re Cross-Motions for Summary Judgment or in the Alternative Summary Adjudication and Defendants' Motion for Class Decertification dated April 2, 2009 (Dkt. No. 150), and as further amended by the Order re Cross-Motions for Summary Adjudication; Motion to Decertify the Class; Motion for Certification of Interlocutory Appeal; and Motion for Reconsideration (Dkt. No. 198).

Date:  August 20, 2010        By:      A. Bridges
                                       Deputy Clerk of Court


                                       *Audrey B. Collins*
                                       The Honorable Audrey B. Collins
                                       United States District Judge

230913v2DC

1